UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL MUSIC GROUP et al.,<br><br>　　　　　　Defendants. | Case No. CV 19-8774 PA (JEMx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's November 15, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed is dismissed without prejudice.

DATED: November 18, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE